Justin Owens, State Bar No. 254733
  jowens@stradlinglaw.com
Shawn Collins, State Bar No. 248294
  scollins@stradlinglaw.com
Victoria McLaughlin, State Bar No. 321861
  vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant BLOCK, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RISA POTTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; BLOCK, INC.; and DOES 1–10 inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-10335-WLH (MARx)<br>Judge Wesley L. Hsu<br>Magistrate Judge Margo A. Rocconi<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT BLOCK, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:    December 13, 2023<br>Current Response Due: January 3, 2024<br>New Response Date:   February 2, 2024<br><br>Complaint Filed:   December 8, 2023<br>Trial Date:        Not set |

Pursuant to Local Rule 8-3, Plaintiff Risa Potters ("Plaintiff") and Defendant Block, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

**WHEREAS:**

1. Plaintiff filed her Complaint on December 8, 2023;
2. Defendant received service of the Summons and Complaint in this matter on December 13, 2023;
3. Defendant's current deadline to respond to the Complaint is January 3, 2024; and
4. The Parties agreed to extend the deadline for Defendant to respond to the Complaint by 30 days, to February 2, 2024.

**NOW THEREFORE**, Defendant shall have up to and including February 2, 2024, to respond to the Complaint.

Nothing in this stipulation shall limit any party's right to seek a further extension. Nothing in this stipulation shall represent a waiver or relinquishment of any of the Parties' respective rights or defenses associated with the action.

DATED: December 20, 2023     STRADLING YOCCA CARLSON & RAUTH
                             A Professional Corporation

                             By: */s/ Justin Owens*
                                 Justin Owens
                                 Shawn Collins
                                 Victoria McLaughlin
                             Attorneys for Defendant BLOCK, INC.

DATED: December 20, 2023     STRANGE LLP

                             By: */s/ John T. Ceglia*
                                 Brian R. Strange
                                 John T. Ceglia
                                 Brianna J. Strange
                             Attorneys for Plaintiff RISA POTTERS

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
4856-7326-8887v1/107722-0004

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to counsel for Plaintiff Risa Potters, and that I have obtained John T. Ceglia's authorization to affix his electronic signature to this document.

/s/ Justin Owens

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
4856-7326-8887v1/107722-0004